1  Charles M. Dyke, No. 183900
   Angel T. Lin (Garrett), No. 255682
2  TRUCKER ✦ HUSS
   A Professional Corporation
3  One Embarcadero Center, 12th Floor
   San Francisco, California 94111
4  Telephone:    (415) 788-3111
   Facsimile:    (415) 421-2017
5  E-mail:    cdyke@truckerhuss.com
              agarrett@truckerhuss.com
6

7  Attorneys for Defendants
   KAISER FOUNDATION HEALTH PLAN, INC., THE PERMANENTE MEDICAL GROUP,
8  INC., THE KAISER PERMANENTE EMPLOYEES 401K PLAN, THE KAISER
   PERMANENTE EMPLOYEES PENSION PLAN, THE KAISER PEMANENTE EMPLOYEES
9  PENSION PLAN SUPPLEMENTAL INCOME PLAN

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12                  SACRAMENTO DIVISION

13

14

15  FELIX AJAYI AS THE PERSONAL          Case No. 2:12-cv-02242-GEB-DAD
    REPRESENTATIVE OF THE ESTATE OF
16  CHARLES OLADIMEJI AJAYI,             **STIPULATION AND [PROPOSED]**
                                         **ORDER TO FURTHER EXTEND TIME**
                  Plaintiff,             **FOR DEFENDANTS TO RESPOND TO**
17                                       **COMPLAINT**

        vs.
18

19  KAISER FOUNDATION HEALTH PLAN,
    INC., THE PERMANENTE MEDICAL
20  GROUP, INC., THE KAISER
    PERMANENTE EMPLOYEES 401K PLAN,
21  THE KAISER PERMANENTE EMPLOYEES
    PENSION PLAN, THE KAISER
22  PEMANENTE EMPLOYEES PENSION
    PLAN SUPPLEMENTAL INCOME PLAN
23  and DOES 1-25, inclusive,

24                  Defendants.

25        Plaintiff in the above-entitled action, Felix Ajayi, by and through his undersigned counsel,

26  hereby stipulates that Defendants Kaiser Foundation Health Plan, Inc., The Permanente Medical

27  Group, Inc., the Kaiser Permanente Employees 401k Plan, the Kaiser Permanente Employees

28  Pension Plan, and the Kaiser Permanente Employees Pension Plan Supplemental Income Plan

*Trucker ✦ Huss*
*A Professional Corporation*
*One Embarcadero Center, 12th Floor*
*San Francisco, California 94111*

1  ("Defendants") shall have an additional 28 days, up to and including October 29, 2012, to answer

2  or otherwise respond to the complaint in this action.  The parties previously stipulated on

3  September 4, 2012 in accordance with Local Rule 144(a) to an initial extension of time for

4  Defendants to respond to the complaint.  A further extension of time is required to allow the parties

5  an opportunity to determine whether they can resolve the case consensually.  The initial extension

6  of time was insufficient because Plaintiff's counsel has been in trial and expects to remain in trial

7  for the next two weeks.

8  IT IS SO STIPULATED.

9  DATED: September 26, 2012

10                                                                    TRUCKER ✦ HUSS

11                                                        By:  /s/Charles M. Dyke
                                                               Charles M. Dyke
12                                                             Attorneys for Defendants
                                                               KAISER FOUNDATION HEALTH PLAN,
13                                                             INC., THE PERMANENTE MEDICAL GROUP,
                                                               INC., THE KAISER PERMANENTE
14                                                             EMPLOYEES 401K PLAN, THE KAISER
                                                               PERMANENTE EMPLOYEES PENSION
15                                                             PLAN, THE KAISER PEMANENTE
                                                               EMPLOYEES PENSION PLAN
16                                                             SUPPLEMENTAL INCOME PLAN

17                                                             MICHAEL F. BABITZKE, ESQ.

18                                                        By:  /s/Michael F. Babitzke
                                                               Michael F. Babitzke
19                                                             Attorney for Plaintiff
                                                               FELIX AJAYI AS THE PERSONAL
20                                                             REPRESENTATIVE OF THE ESTATE OF
                                                               CHARLES OLADIMEJI AJAYI

21  IT IS SO ORDERED.

22  **Date:  9/26/2012**

23  _____

24  GARLAND E. BURRELL, JR.
     Senior United States District Judge

25

26

27

28

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111