Charles M. Dyke, No. 183900
Angel T. Lin (Garrett), No. 255682
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California  94111
Telephone:     (415) 788-3111
Facsimile:      (415) 421-2017
E-mail:          cdyke@truckerhuss.com
                     agarrett@truckerhuss.com

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC., THE PERMANENTE MEDICAL GROUP, INC., THE KAISER PERMANENTE EMPLOYEES 401K PLAN, THE KAISER PERMANENTE EMPLOYEES PENSION PLAN, THE KAISER PEMANENTE EMPLOYEES PENSION PLAN SUPPLEMENTAL INCOME PLAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| FELIX AJAYI AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF CHARLES OLADIMEJI AJAYI,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., THE PERMANENTE MEDICAL GROUP, INC., THE KAISER PERMANENTE EMPLOYEES 401K PLAN, THE KAISER PERMANENTE EMPLOYEES PENSION PLAN, THE KAISER PEMANENTE EMPLOYEES PENSION PLAN SUPPLEMENTAL INCOME PLAN and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:12-cv-02242-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Plaintiff in the above-entitled action, Felix Ajayi, by and through his undersigned counsel, hereby stipulates that Defendants Kaiser Foundation Health Plan, Inc., The Permanente Medical Group, Inc., the Kaiser Permanente Employees 401k Plan, the Kaiser Permanente Employees Pension Plan, and the Kaiser Permanente Employees Pension Plan Supplemental Income Plan

STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT; Case No. 2:12-cv-02242-GEB-DAD
#1177003

1

("Defendants") shall have an additional 28 days, up to and including October 29, 2012, to answer or otherwise respond to the complaint in this action. The parties previously stipulated on September 4, 2012 in accordance with Local Rule 144(a) to an initial extension of time for Defendants to respond to the complaint. A further extension of time is required to allow the parties an opportunity to determine whether they can resolve the case consensually. The initial extension of time was insufficient because Plaintiff's counsel has been in trial and expects to remain in trial for the next two weeks.

IT IS SO STIPULATED.

DATED: September 26, 2012

TRUCKER ✦ HUSS

By: /s/Charles M. Dyke
Charles M. Dyke
Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC., THE PERMANENTE MEDICAL GROUP, INC., THE KAISER PERMANENTE EMPLOYEES 401K PLAN, THE KAISER PERMANENTE EMPLOYEES PENSION PLAN, THE KAISER PEMANENTE EMPLOYEES PENSION PLAN SUPPLEMENTAL INCOME PLAN

MICHAEL F. BABITZKE, ESQ.

By: /s/Michael F. Babitzke
Michael F. Babitzke
Attorney for Plaintiff
FELIX AJAYI AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF CHARLES OLADIMEJI AJAYI

IT IS SO ORDERED.

**Date: 9/26/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT; Case No. 2:12-cv-02242-GEB-DAD
#1177003

2